HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. S 22-253 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE DETENTION HEARING |
| v. | ) |
| | ) JUDGE: KENDALL J. NEWMAN |
| LUIS FIDENCIO SAINZ VASQUEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney, through Angela L. Scott, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender David M. Porter, attorney for LUIS FIDENCIO SAINZ VASQUEZ, that the detention hearing currently set for January 24, 2023, at 2:00 p.m., be continued to Thursday, January 26, 2023, at 2:00 p.m., to allow defense

///
///
///
///
///
///
///
///

Stipulation to Continue                    -1-                    *United States v. Sainz Vasquez*,
Detention Hearing                                                 Cr. S 22-253 JAM

counsel to investigate conditions for release.

DATED: January 24, 2023

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ *David M. Porter*

        DAVID M. PORTER
        Assistant Federal Defender

        Attorneys for Defendant
        LUIS FIDENCIO SAINZ VASQUEZ

DATED: January 24, 2023

        PHILLIP A. TALBERT
        United States Attorney

        /s/

        ANGELA L. SCOTT
        Assistant U.S. Attorney

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefor, adopts the stipulation of the parties in its entirety as its order.

The Court hereby **CONTINUES** the detention hearing in the above-entitled matter, currently set for January 24, 2023, to Thursday, January 26, 2023, at 2:00 p.m.

Dated:  January 24, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE