HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
MEGAN T. HOPKINS, State Bar #294141
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FIDENCIO SAINZ VASQUEZ,<br><br>Defendant. | No.  2:22-cr-00253-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY**<br><br>Judge:  Hon. John A. Mendez |

Defendant LUIS FIDENCIO SAINZ VASQUEZ is to be **RELEASED from Butte County Jail no later than 7:00 AM, on March 20, 2023**, to Veteran's Administration (VA) Staff Member Steven Welch or another representative from the VA.

Mr. Sainz-Vasquez is ordered to comply with the standard conditions of Pretrial Services Supervision and the following special conditions of release:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release will be **DELAYED** until **Monday, March 20, 2023, at 7:00 AM**, at which time you will be released to a Veteran's Administration (VA) representative, who transport the defendant to Pretrial Services and then directly to the Veterans Administration Domiciliary Residential Rehabilitation Treatment Program (DOM-RRTP);

3. You must reside at the DOM-RRTP or another inpatient treatment program approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern and Northern Districts of California** unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must not associate or have any contact with **any alleged victims in this case** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**.

**IT IS SO ORDERED**.

Dated: March 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE