HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00253-JAM |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON STATUS OF RELEASE PLAN ORDER |
| vs. | Hon. Carolyn K. Delaney |
| LUIS FIDENCIO SAINZ VASQUEZ, | |
| Defendant. | |

The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Angela Scott, hereby stipulate to and request an order from this Court continuing the hearing on the status of Mr. Sainz Vasquez's revised release plan from Thursday, June 29, 2023, to Friday, July 14, 2023, at 2:00 p.m. before Magistrate Judge Deborah Barnes.

Mr. Sainz Vasquez was participating in the Menlo Park Veterans Administration Domiciliary Residential Rehabilitation Treatment Program (DOM-RRTP) until his early discharge from the program in May 2023, for inappropriate comments. The program admission team has decided to re-admit Mr. Sainz Vasquez as soon as July 20, 2023 and will require that he participate in a new intake interview prior to re-admission, which may require coordination between government counsel, defense counsel, and the U.S. Marshal Service to facilitate.

The requested continuance will permit defense counsel sufficient time to finalize

Stipulation for Continuance of Hearing; Order

logistical details of the intake interview, to confirm a readmission interview date with a representative from the DOM-RRTP, and for defense counsel to prepare a motion for bail review with proof of readmission after conferring with the government on a mutually agreeable release plan.  The new proposed hearing date will allow sufficient time to gather the information necessary to craft a proposed order and release plan for the Court with the input of all stakeholders and will help ensure that Mr. Sainz-Vasquez is not transferred to another jail facility in the meantime.  It is therefore respectfully requested that the hearing date be continued to July 14, 2023 at 2:00 p.m. before Magistrate Judge Deborah Barnes.

Respectfully submitted,

DATED: June 27, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: June 27, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney
Attorney for the United States

**PROPOSED ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on the status of Mr. Sainz Vasquez's revised release plan is continued from Thursday, June 29, 2023, to **Friday, July 14, 2023, at 2:00 p.m.** before Magistrate Judge Deborah Barnes.

Dated:  June 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE