HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LUIS FIDENCIO SAINZ VASQUEZ, <br> Defendant. | Case No. 2:22-cr-00253-JAM <br><br> STIPULATION TO CONTINUE HEARING ON STATUS OF RELEASE PLAN; [~~PROPOSED~~] ORDER <br><br> Hon. Jeremy D. Peterson |

      The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Angela Scott, hereby stipulate to and request an order from this Court continuing the hearing on the status of Mr. Sainz Vasquez's revised release plan from Monday, July 24, 2023, to Monday, August 7, 2023, at 2:00 p.m.

      Mr. Sainz Vasquez was participating in the Menlo Park Veterans Administration Domiciliary Residential Rehabilitation Treatment Program (DOM-RRTP) until his early discharge from the program in May 2023, for inappropriate comments. The program admission team has conducted a re-admission screening interview as of July 17, 2023, and has decided to re-admit Mr. Sainz Vasquez following his participation in the VA's 28-day Foundations of Recovery (FOR) program. The referral to the FOR program may take 5-10 days, and defense counsel understands from DOM-RRTP staff that the referral cannot be made sooner than Monday July 24, 2023.

Stipulation for Continuance of Hearing;
[Proposed] Order

The requested continuance will permit defense counsel sufficient time to finalize a revised release plan including the logistical requirements of release to FOR, and for defense counsel to prepare what is anticipated to be an unopposed motion for bail review with proof of admission to FOR after conferring with the government on mutually agreeable terms of release and affording government counsel sufficient time to discuss the revised release plan with the stakeholders in this case.  The new proposed hearing date will allow sufficient time to gather the information necessary to craft a proposed order and release plan for the Court with the input of all stakeholders and will help ensure that Mr. Sainz Vasquez is not transferred to another jail facility in the meantime.  It is therefore respectfully requested that the hearing date be continued to August 7, 2023, at 2:00 p.m.

Respectfully submitted,

DATED: July 21, 2023            HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Megan T. Hopkins
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: July 21, 2023            PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Angela Scott
                                ANGELA SCOTT
                                Assistant United States Attorney
                                Attorney for the United States

Stipulation for Continuance of Hearing;
[Proposed] Order

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on the status of Mr. Sainz Vasquez's revised release plan is continued from Monday, July 24, 2023, to **Monday, August 7, 2023, at 2:00 p.m.**

DATED: July 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE