HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS FIDENCIO SAINZ VASQUEZ, <br><br> Defendant. | Case No. 2:22-cr-00253-JAM <br><br> STIPULATION TO WITHDRAW REQUEST FOR RELEASE ORDER; [PROPOSED] ORDER <br><br> Hon. Jeremy D. Peterson |

The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Angela Scott, hereby stipulate to withdraw the joint request for a release order, which was accepted by the Court on August 7, 2023. *See* Dkt. 45.

Mr. Sainz Vasquez presented the Court with a release plan premised on his anticipated admission to the 28-day Foundations of Recovery program, administered by the VA. The government did not oppose release to the program on certain conditions to which the defense was agreeable, including that Mr. Sainz Vasquez's treatment information be available to the pretrial services officer and that Mr. Sainz Vasquez not possess a cell phone while at the program/in any subsequent residential treatment. Defense counsel has since been advised that the program's admission standards have changed, and they are no longer able to admit Mr. Sainz Vasquez due to his dual-diagnosis and need for mental health treatment in conjunction with substance abuse treatment.

Stipulation to Withdraw Request for Release
Order; [Proposed] Order

Accordingly, the parties will not be submitting a proposed order of release to the Foundations of Recovery program as previously anticipated, and would like to withdraw the request for a release order at this time.  Defense counsel is working to identify another suitable program that offers the level of residential treatment that would most benefit Mr. Sainz Vasquez, and will bring the matter back for consideration of a revised release plan after consulting with counsel for the government and pretrial services regarding any newly identified program and proposed conditions of release.

Respectfully submitted,

DATED: November 14, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: November 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney
Attorney for the United States

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the parties request is GRANTED.  Mr. Sainz Vasquez may file a motion for bail review consistent with the 18 U.S.C. § 3143 and the local rules at such time as a new release plan is determined.

DATED: November 14, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge