HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FIDENCIO SAINZ VASQUEZ,<br><br>Defendant. | Case No.  2:22-cr-00253-JAM<br><br>STIPULATION TO SET EXPEDITED BAIL REVIEW HEARING; EXHIBIT A: LETTER OF ADMISSION; ORDER<br><br>Hon.  Chi Soo Kim |

The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Angela Scott, hereby stipulate to and request that this matter be placed on calendar for a bail review hearing on Monday, September 30, 2024, at 2:00 p.m. Although the local rule normally requires that the moving party provide seven (7) days notice to the opposing party for a motion for bail review, here, the parties and in agreement regarding a release plan and are jointly seeking the matter be set expeditiously on the date requested.  The parties will be jointly seeking an order from this Court releasing Mr. Sainz-Vasquez to the Miramar Health residential treatment program on October 1, 2024.

### Background

Mr. Sainz Vasquez was participating in the Menlo Park Veterans Administration Domiciliary Residential Rehabilitation Treatment Program (DOM-RRTP) until his early discharge from the program in May 2023, for inappropriate comments.  The program admission

team conducted a re-admission screening interview on July 17, 2023, and determined that Mr. Sainz Vasquez was suitable for re-admission to the program following his participation in the VA's 28-day Foundations of Recovery (FOR) program or a similar residential program associated with the Veterans Administration.  On August 7, 2023, the Honorable Jeremy D. Peterson ordered Mr. Sainz Vasquez released to the FOR program, with release stayed pending confirmation of his admission date. ECF 45.

Following Judge Peterson's order, the FOR program notified defense counsel that the program had changed its admission requirements and could not admit Mr. Sainz Vasquez due to his dual diagnosis and the need for mental health treatment in conjunction with substance abuse treatment. Defense counsel promptly withdrew the request for bail review, and endeavored to locate a program which offered dual diagnosis services and would accept a community care referral from the VA. *See* ECF 46.  Mr. Sainz Vasquez was directed to bring the matter back for bail review when a new release plan was determined.  ECF 47.

### Release Plan

Defense counsel, working in conjunction with counsel for the government and in consultation with the victims in this case, has since identified an appropriate residential program that offers dual diagnosis treatment: Miramar Health.  The Miramar Health program has received a community care referral from the VA, which funds Mr. Sainz Vasquez's treatment through their residential program. The program can provide Mr. Sainz Vasquez with residential treatment for six (6) months or longer, as recommended by program staff and approved by the VA's community care team.  After completion of the Miramar Health program, Mr. Sainz Vasquez will also be eligible for readmission to the Menlo Park Veterans Administration Domiciliary Residential Rehabilitation Treatment Program (DOM-RRTP), should he seek readmission.

Defense counsel has received written confirmation from both the VA Community Care Team and Miramar Health's Veteran Outreach Representative that Mr. Sainz Vasquez will be admitted to the program on October 1, 2024, or as soon thereafter as he can be released from the Sacramento County Jail. A member of the Veteran Outreach Team will pick Mr. Sainz Vasquez

Stipulation to Set Expedited Bail Review
Hearing; Order

up at the Sacramento County Jail at the time of his release, and will travel with him to the program facility at 2542 N Hesperian St, Santa Ana CA 92706 for intake and admission on the same date. *See* Exhibit A: Admission Letter. Defense Counsel has coordinated with a Veteran Outreach Team member to conduct the preadmission assessment on Friday, September 27, 2024 to finalize all preadmission requirements.

The parties agree on the following terms of a release plan for Mr. Sainz Vasquez:

Defendant LUIS FIDENCIO SAINZ VASQUEZ is to be **released from Sacramento County Jail *no later than* 9:00 a.m. on October 1, 2024** to a Miramar Health Veteran Outreach Team member or, alternatively, a representative of the Federal Defender's Office.

Mr. Sainz-Vasquez is ordered to comply with the standard conditions of Pretrial Services Supervision and the following special conditions of release:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release will be delayed until **October 1, 2024 at 9:00 a.m.**, at which time you will be released to a Miramar Health Veteran Outreach Team member or a representative from the Federal Defender's Office, who will transport you to Pretrial Services and then directly to the Miramar Health Residential Treatment Program;
3. You must reside at the Miramar Health treatment program and not move or absent yourself from this residence without the prior approval of the pretrial services officer;
4. You **must not possess or use a personal cell phone or other communication device** while at the program, with the exception of the use of a staff member's phone, with the staff member's knowledge and permission, for legal, medical, or emergency communications;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to the **Eastern and Central Districts of California** unless otherwise approved in advance by the pretrial services officer;
7. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

Stipulation to Set Expedited Bail Review Hearing; Order

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
12. You must not associate or have any contact with **any of the victims in this case** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
13. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**.

The jointly proposed release plan provides the Court with new information sufficient to reconsider the propriety of a release order, pursuant to 18 U.S.C. § 3143, and therefore the parties respectfully request that this matter be placed on the Court's calendar for bail review on Monday, September 30, 2024, at 2:00 p.m.

Respectfully submitted,

DATED: September 26, 2024         HEATHER E. WILLIAMS

Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: September 26, 2024         PHILLIP A. TALBERT

United States Attorney

*/s/ Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Attorney for the United States

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT a hearing for Bail Review regarding Mr. Sainz Vasquez's revised release plan is set for **Monday, September 30, 2024, at 2:00 p.m.**

DATED: September 26, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge