FILED
September 30, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS FIDENCIO SAINZ VASQUEZ<br><br>    Defendant. | Case No. 2:22-cr-00253-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LUIS FIDENCIO SAINZ VASQUEZ</u>, Case No. <u>2:22-cr-00253</u>, Charges <u>18 USC § 2261A(2)(A) and (B)</u>, from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

          \_\_\_\_\_  Unsecured Appearance Bond $ _____

          \_\_\_\_\_  Appearance Bond with 10% Deposit

          \_\_\_\_\_  Appearance Bond with Surety

          \_\_\_\_\_  Corporate Surety Bail Bond

    **X**    (Other): <u>Defendant to be release on **10/1/2024 at 9:00 AM** to a Miramar Health Veteran Outreach Team member or a representative from the Federal Defender's Office, who will transport the defendant to Pretrial Services and then directly to the Miramar Health Residential Treatment Program.</u>

Issued at Sacramento, California on September 30, 2024 at 2:00 PM

                                                  */s/ Chi Soo Kim*
                                                  CHI SOO KIM
                                                  UNITED STATES MAGISTRATE JUDGE