HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00253-JAM-1 |
| Plaintiff, | |
| vs. | STIPULATION TO VACATE STATUS CONFERENCE |
| LUIS FIDENCIO SAINZ VASQUEZ, | Date: December 4, 2024 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Chi Soo Kim |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the status conference scheduled for December 4, 2024, be vacated for the following reasons.

On September 30, 2024, Mr. Sainz-Vasquez was ordered released to participate in residential treatment at the Miramar Health program. A status conference was set just short of 90 days following his release, to determine if he was successfully participating in treatment and would continue at the program through the date of sentencing.

Mr. Sainz-Vasquez's appearance has been waived. The parties were directed to confer and provide a status update to the Court in advance of the hearing. If Mr. Vasquez is in compliance and will continue to reside at the program, the hearing may be vacated.

Mr. Sainz-Vasquez will continue to reside at the Miramar Health residential program pursuant to his current terms of pretrial release. He has been successfully participating in

STIPULATION TO VACATE STATUS CONFERENCE     -1-

treatment at the program, with no issues or concerns to report. Accordingly, the parties request that the status conference scheduled for December 4, 2024, at 2 pm be vacated. Mr. Sainz-Vasquez will remain at Miramar Health up to and through the time of sentencing, which is scheduled for March 25, 2025.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: December 3, 2024                      */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LUIS FIDENCIO SAINZ VASQUEZ


                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: December 3, 2024                      */s/ Christina McCall*
                                        CHRISTINA MCCALL
                                        Assistant United States Attorney

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for December 4, 2024, is VACATED for the reasons set forth above.

Dated: December 3, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Judge