HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00253-JAM |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | Hon. Chi Soo Kim |
| LUIS FIDENCIO SAINZ VASQUEZ, | |
| Defendant. | |

The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Christina McCall, hereby stipulate to and request an order from this Court modifying his conditions of pretrial release so as to permit his transfer from the Miramar Health Residential Program in Santa Ana, CA, to the River City Residential Program in Harold, CA.

Mr. Sainz Vasquez has been residing at and participating in the Miramar Health residential program, paid for through a community care referral from the VA, since October 1, 2024. The VA's community care referral program is normally limited to 90 days of treatment, however an exception was made for Mr. Sainz Vasquez to extend his treatment through February 11, 2025 based on positive feedback from his treatment team and a collective effort to ensure a smooth transition to another VA residential program. The VA has approved his transfer to and placement in the River City residential treatment program, which provides substance abuse and

dual diagnosis treatment for service-connected veterans.

    Mr. Sainz Vasquez will be accompanied by a Miramar Health staff member to the River City facility, located at 500 22nd Street, Herald, CA 95816. River City also has a residential facility in Sacramento, CA. Mr. Sainz Vasquez will reside at the River City program through the termination of his federal case, and for as long as necessary thereafter. The program costs are paid for by the VA, and Mr. Sainz Vasquez will receive assistance with transitioning from the program to independent housing when he is ready to do so, but no sooner than June of this year. The River City program will provide Mr. Vasquez with inpatient substance abuse and mental health counselling, and will provide monthly updates to pretrial services.

    The parties agree that this continued treatment plan is appropriate, and pretrial services supports the requested modification. Accordingly, the parties propose the following conditions or release (modified condition in bold):

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. **You must reside at and participate in the River City residential program** or another inpatient treatment program approved by the Court and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

3. **You must be accompanied from the Miramar Health residential program to the River City residential program by a program staff member on or before February 12, 2025, and must confirm your arrival at the River City program with the pretrial services officer immediately upon completion of the transfer**;

4. You must not possess or use a personal cell phone or other communication device while at the program, with the exception of the use of a staff member's phone, with the staff member's knowledge and permission, for legal, medical, or emergency communications;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

7. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with any of the victims in this case unless in the presence of counsel;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

Respectfully submitted,

DATED: February 6, 2025                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ Megan T. Hopkins
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defender
                                       Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: February 6, 2025                MICHELLE BECKWITH
                                       Acting United States Attorney

                                       /s/ Christina McCallt
                                       CHRISTINA MCCALL
                                       Assistant United States Attorney
                                       Attorney for the United States

Stipulation for Modification of Pretrial Release
Conditions to Transfer to River City Program

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the above modified conditions of pretrial release are adopted as the order of this Court.

DATED: February 6, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge