HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
LUIS FIDENCIO SAINZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FIDENCIO SAINZ VASQUEZ,<br><br>Defendant. | Case No. 2:22-cr-00253-JAM<br><br>**STIPULATION TO CONVERT SENTENCING HEARING TO STATUS ON WITHDRAWAL OF PLEA AND DISMISSAL; ORDER**<br><br>Hon. John A Mendez<br>Date: March 25, 2025<br>Time: 9:00 a.m. |

The defendant, LUIS FIDENCIO SAINZ VASQUEZ by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Christina McCall, hereby stipulate to and request an order from this Court converting the sentencing hearing set for March 25, 2025, at 9:00 a.m. to a status conference regarding the withdrawal of Mr. Sainz Vasquez's guilty plea and government's motion to dismiss the indictment, pursuant to the plea agreement re deferred entry of judgment. ECF 24.

On March 14, 2023, Mr. Sainz Vasquez entered a guilty plea to counts 1, 2 and 3 of the indictment. ECF 27. Sentencing was delayed for two years, pursuant to a deferred entry of judgment plea agreement between the parties. Mr. Sainz Vasquez agreed to complete 6 months of inpatient mental health treatment, as well as inpatient substance abuse treatment, among other conditions. Upon successful completion of the terms of the deferred entry of judgement

agreement, the government agrees to move to allow Mr. Sainz Vasquez to withdraw his guilty plea and to move to dismiss the indictment. Although the Court is not bound by the agreement of the parties and made this clear to Mr. Sainz Vasquez at the time of the change of plea, the Court graciously agreed to set the matter over 24 months in deference to the agreement.

Mr. Sainz Vasquez initially completed two months of treatment at the DOM-RRTP residential treatment program through the VA Hospital in Palo Alto, CA, but was terminated from the program due to inappropriate behavior (off color jokes) that made other program participants uncomfortable. Mr. Sainz Vasquez spent the next 16 months in custody while his defense team worked with the VA to identify another residential program for him and complete the many challenges of approval for both the program and funding. He had no issues in custody, apart from a lack of access to continuity of treatment. Ultimately, he was released to the Miramar Health residential program a little more than 4 months ago. He has been residing at and participating in the Miramar Health residential program, paid for through a community care referral from the VA, since October 1, 2024. The VA's community care referral program is normally limited to 90 days of treatment, however an exception was made for Mr. Sainz Vasquez to extend his treatment through February 11, 2025, based on positive feedback from his treatment team and a collective effort to ensure a smooth transition to another VA residential program.

The VA has approved his transfer to and placement in the River City residential treatment program, which provides substance abuse and dual diagnosis treatment for service-connected veterans. Mr. Sainz Vasquez will reside at the River City program for as long as the treatment team deems appropriate. The River City program will provide Mr. Vasquez with inpatient substance abuse and mental health counselling, just as the other residential programs have done.

Mr. Sainz Vasquez has completed 6 months of residential treatment for mental health and substance abuse as of the date of this stipulation, and continues to participate in this treatment. He intends to remain in the VA residential program until his care team assists him with a transition to aftercare and independent housing, at least through June and for the foreseeable

future. Having complied with all of the terms of the deferred entry of judgment agreement, Mr. Sainz Vasquez hopes to withdraw his plea, with the government's approval, at the upcoming hearing on March 25, 2025, and to have his case dismissed on the government's motion.

The parties therefore request that the upcoming sentencing hearing be converted to a status conference regarding the withdrawal of the guilty plea and dismissal of the indictment. The parties will provide a status report to the Court one week prior to the March 25, 2025, hearing to confirm that all terms of the plea agreement have been met, and the intention of the parties to proceed as indicated herein.

Respectfully submitted,

DATED: February 5, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for LUIS FIDENCIO SAINZ VASQUEZ

DATED: February 5, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Christina McCallt*
CHRISTINA MCCALL
Assistant United States Attorney
Attorney for the United States

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing scheduled for **March 25, 2025, at 09:00 a.m.**, is **CONVERTED** to a **status conference** on the parties' motion to allow the defendant to withdraw his guilty plea and dismiss the pending indictment.

Dated: March 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE